# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION

No. _____

_____,        )
                                 )
            Plaintiff,           )
                                 )        **MOTION FOR ADMISSION**
      v.                         )        **<u>PRO</u> <u>HAC</u> <u>VICE</u>**
                                 )        **and AFFIDAVIT**
_____,        )
                                 )
            Defendant.           )


_____ ("Local Counsel"), a member in good standing with the

Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves

for the admission of _____ ("Applicant"), who seeks permission to represent

_____ ("Client") in this

above-captioned Camp LeJeune Justice Act case.

      By signing this motion, Local Counsel and Applicant certify that:

      1.    Applicant is a member in good standing of the bar of the highest court of the State

or Territory where Applicant regularly practices law, which is _____.

      2.    Applicant practices under the name of or as a member of the following firm:

Firm name: _____

Mailing Address: _____

City / State / Zip: _____

Telephone Number: _____ Facsimile Number: _____

Email Address (required): _____

1

3.      Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:  _____

_____

_____

4.      Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization.  If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5.      Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6.      Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7.      Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8.      The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9.      Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.


This, the _____ day of _____, 20___.


_____          _____
Local Counsel                                       Applicant

Attorney Name:
Bar Number:
Firm Name:
Firm Address:
Firm City/State/Zip:
Telephone Number:
Fax Number:
Email Address: